UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOBLE ANTHONY MOORE &
EMMA BROWN,
    Plaintiffs,

vs.                                      Case No.:  3:25-cv-628-MCR-ZCB

AREA HOUSING COMMISSION,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on June 4, 2025. *See* ECF No. 4.  The Court furnished the Plaintiffs a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. The Clerk of Court is directed to **REMAND** this case to the First Judicial Circuit Court in and for Escambia County under 28 U.S.C. § 1447(c).

3. The Clerk of Court is further directed to mail a certified copy of this order to the clerk of the state court. After doing so, the Clerk of Court is directed to this case.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**